Torrance Keith Norman
J-32599  D-10-181 Low
Chuckawalla Valley State Prison
P.O. Box 2349
Blythe, CA 92226

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Petitioner

vs.

Respondent(s)

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

FILED
2008 FEB 25 PM 4:02

CLERK U.S. ...
SOUTHERN DIST...

CASE NUMBER: '08 CV 0361 WQH RBB RM

I, Torrance Keith Norman, declare that I am the petitioner in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the petition.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:   ☒ Yes   ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. _Chuckawalla Valley State Prison_

   **Have the institution fill out the Certificate portion of this application.**

2. Are you currently employed?   ☒ Yes   ☐ No

   a. If the answer is "Yes" state the amount of your pay. $.134 an hour

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. Gifts or inheritances | ☒ Yes | ☐ No  A Gift from Relatives of $30.ºº on 12-07 |
   | f. Any other sources | ☐ Yes | ☒ No |

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

ifpform.hab (rev. 7/02)

4. Do you have cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

If "Yes" describe the property and state its value. _____

6. Do you have any other assets?   ☐ Yes   ☒ No

If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

No Dependents Due To Ability To Support Them.

I declare under penalty of perjury that the above information is true and correct.

__2-4-08__   _Torrance K. Norman_
DATE            SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __48.59__ on account to his/her credit at __Chuckawalla Valley State__ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ __301.56__. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ __46.29__.

__2-1-08__   _____
DATE            SIGNATURE OF AUTHORIZED OFFICER

ifpform.hab (rev. 7/02)

```
REPORT ID: TS3030 .701                                    REPORT DATE: 02/07/08
                                                          PAGE NO:        1

                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CHUCKAWALLA VALLEY PRISON
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 07, 2008

ACCOUNT NUMBER : J32599                     BED/CELL NUMBER: D10 000000001B1L
ACCOUNT NAME   : NORMAN, TORRANCE K         ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION    COMMENT    CHECK NUM   DEPOSITS  WITHDRAWALS  BALANCE
----    ----  -----------    -------    ---------   --------  -----------  -------

08/01/2007    BEGINNING BALANCE                                             565.39

08/02  D340  EFT DEPOSIT     0394JROBER              100.00                 665.39
08/09  D300  CASH DEPOSIT    0493/MR                  20.00                 685.39
08/20  FC03  DRAW-FAC 3      0622/C-YD                            40.00     645.39
09/05*D554  INMATE PAYROL    0770/JUL07               26.10                 671.49
09/05  D554  INMATE PAYROL   0781/AUG07               13.65                 685.14
09/24  FC03  DRAW-FAC 3      1012/CYARD                            40.00    645.14
10/05  D554  INMATE PAYROL   1144/SEPT7               19.11                 664.25
10/10  W415  CASH WITHDRAW   1172/ROBER 196096082               600.00       64.25
10/22*FR01  CANTEEN RETUR    701311                              2.00-       66.25
10/22  FC03  DRAW-FAC 3      1315/C-YD                            66.25       0.00
11/05  D554  INMATE PAYROL   1469/OCT07               20.00                  20.00
11/06  W536  COPAY CHARGE    1494/11-2M                            5.00      15.00
11/26  W516  LEGAL COPY CH   1665/11/26                            1.20      13.80
12/04  W536  COPAY CHARGE    175610-30D                            5.00       8.80
12/05  D554  INMATE PAYROL   1774/NOV07               20.00                  28.80
   ACTIVITY FOR 2008
01/02  W512  LEGAL POSTAGE   2047/12/5                             4.60      24.20
01/03*W516  LEGAL COPY CH    2067/12-6                            24.20       0.00
01/07  D554  INMATE PAYROL   2090/DEC07               18.91                  18.91
01/09  D300  CASH DEPOSIT    2148/MR                  20.00                  38.91
01/14*W516  LEGAL COPY CH    2178/12-12                            1.80      37.11
01/14*W516  LEGAL COPY CH    2178/12-12                            0.80      36.31
01/14*W512  LEGAL POSTAGE    2178/12-12                            2.67      33.64
01/24  W512  LEGAL POSTAGE   2303/12/24                            5.05      28.59
02/05  D554  INMATE PAYROL   2452/JAN08               20.00                  48.59


                              CURRENT HOLDS IN EFFECT
 DATE       HOLD
PLACED      CODE    DESCRIPTION              COMMENT         HOLD AMOUNT
------      ----    -----------              -------         -----------
11/30/2007  H109   LEGAL POSTAGE HOLD        1716/11-21          5.05
01/14/2008  H115   DENTAL HOLD               2172/DENTA        160.00
01/25/2008  H118   LEGAL COPIES HOLD         2311/1-24           0.20
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 2-7-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE

```
REPORT ID: TS3030 .701                          REPORT DATE: 02/07/08
                                                PAGE NO:        2
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CHUCKAWALLA VALLEY PRISON
                         INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 07, 2008

ACCT: J32599      ACCT NAME: NORMAN, TORRANCE K       ACCT TYPE: I

                          TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL       TOTAL        CURRENT     HOLDS       TRANSACTIONS
BALANCE      DEPOSITS    WITHDRAWALS  BALANCE     BALANCE     TO BE POSTED
----------   ---------   -----------  ---------   --------    ------------
  565.39      277.77       794.57       48.59      165.25         0.00

                                                  CURRENT
                                                  AVAILABLE
                                                  BALANCE
                                                  ---------
                                                    116.66-
```