FILED

2008 FEB 25 PM 4: 02

CLERK US...
SOUTHERN DISTRICT...

BY _____RM_____ DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF San Diego

'08 CV 0361 WQH RBB

| | |
|---|---|
| Torrance K. Norman, Petitioner, | CASE NUMBER: _____ |
| -v- | EX-PARTE (INCARCERATED PRISONER) APPOINTMENT OF COUNSEL: DECLARATION OF PETITIONER |
| J.F. Salazar et. al Respondent, | |
| California Department of Corrections & Reh. | |

2254 ✓  1983 ____
FILING FEE PAID
Yes ____ No ✓
IFP MOTION FILED
Yes ✓ No
COPIES SENT TO
Court ✓  Pro Se

TO THE ABOVE ENTITLED COURT:

I, Torrance K. Norman, the petitioner in the above entitled matter do hereby request the Court to appoint an attorney to represent me in the matter presently before the Court.

IN support of such request, I do hereby declare that I have no income or assets except as follows:

(See Forma of Pauperis By A Prisoner)

_____

Executed this 21st day of February 2008, at Chuckawala Valley State Prison California.

I hereby declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and information.

DATED: 2-21-08

Respectfully submitted,

Torrance K. Norman

Petitioner In Pro Se

## DECLARATION

I, Torrance K. Norman, CDC# J-32599,

declare under penalty of perjury;

I am the Petitioner in the above listed action and if called to testify to the within information, I could do so based on my knowledge of this information within. (Describe in detail)

Petitioner HAS submitted A forma PAuPeris Along with A Trust statement Certified By The Institution.

(Add extra sheets if necessary)

I declare under the Laws of the State of California that the foregoing is true and correct. Executed this 21st day of February, 2008, Blythe, California 92226.

By: _Torrance K. Norman_
Petitioner In Pro Se