PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

March 6, 2008

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
3470 TWELFTH STREET
RIVERSIDE, CA  92501

Re: Norman v. Salazar et al, Case No. 08cv361-WQH-RBB

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return.  Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/M. Cruz
M. Cruz, Deputy

RECEIVED ITEMS DESCRIBED
THIS DATE OF _____MAR -7 2008_____
AND ASSIGNED CASE NUMBER _____

CLERK, U.S. DISTRICT COURT    ED CV 08 - 00319 AHM (JCR)

By: _____, Deputy

FILED 2008 MAR -7 PM 4:16 CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE BY

FILED MAR 12 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY